1  FRANK BELL, SBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, California 94063
3  Tel: (650)365-8300
   Fax: (650) 366-8987
4  FrankBell@FrankBellLaw.com

5  Counsel for Petitioner
   DARRYL W. BROWN
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   DARRYL W. BROWN,
11                                  No. C 09-04663 JSW (PR)
            Petitioner,
12                                  STIPULATION AND [PROPOSED]
        v.                          ORDER RE CHANGE OF DATE FOR CASE
13                                  MANAGEMENT CONFERENCE
                                    AS MODIFIED
14 JAMES WALKER, Warden,

15          Respondent.
   _____/
16      The Court has set July 13, 2012 for a Case Management

17 Conference in this matter.  Counsel for Petitioner will be

18 unavailable on that date because he has prepaid vacation

19 scheduled from July 9, 2012 through and including July 16,

20 2012.  Counsel have conferred regarding these matters and

21 for the above reasons;

22      IT IS HEREBY STIPULATED by and between the parties that

23 the Case Management Conference may be moved to Friday,

24 August 3, 2012 at 1:30 p.m. and that the joint case

25 //////////

26 //////////

27
   STIP AND [PROPOSED] ORDER RE CHANGE OF DATE FOR CMC
28 BROWN V. WALKER, WARDEN C 09-4663 JSW

1  management conference statement may be filed on or before
2  Friday, July 27, 2012.

4  Dated: June 14, 2012           _____/s/_____
                                  FRANK BELL
5                                 Counsel for Petitioner
                                  DARRYL W. BROWN

7  Dated: June 14, 2012           _____/s/_____
                                  PEGGY S. RUFFRA
8                                 Sup.Deputy Attorney General
                                  Counsel for Respondent

10                                **ORDER**

11      Based on the unavailability of counsel for Petitioner
12  on the date previously scheduled for the Case Management
13  Conference and good cause appearing;
14      IT IS HEREBY ORDERED that the date for the Case
15  Management Conference is changed to ~~August 3, 2012~~ August 10, 2012 at 1:30
16  p.m. and that the joint case management statement is due on
17  ~~July 27,~~ August 3, 2012.

19  Dated:  June 15, 2012          _____/s/ Jeffrey S White_____
                                   HON. JEFFREY S. WHITE
20                                 U.S. District Judge

28  STIP AND [~~PROPOSED~~] ORDER RE CHANGE OF DATE FOR CMC
    BROWN V. WALKER, WARDEN C 09-4663 JSW