1  KAMALA D. HARRIS
   Attorney General of California
2  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
3  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1362
5  Fax:  (415) 703-1234
    E-mail:  Peggy.Ruffra@doj.ca.gov
6  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL W. BROWN,** | C 09-04663 JSW (PR) |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER RE: CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

The Court has currently set August 3, 2012, for the case management conference in this case. Counsel for respondent will be unavailable on that date because she has a prepaid vacation scheduled from August 6 through 10, 2012. Counsel have conferred about a new date and have reached the enclosed stipulation.

Accordingly, it is hereby stipulated by the parties that the Case Management Conference will be held on Friday, August 24, 2012, at 1:30 p.m., and that the Joint Case Management Conference Statement may be filed by August 17, 2012.

///

///

1

Stip and [Proposed] Order re: Change of Date for Case Management Conference  (C 09-04663 JSW (PR))

1  Dated:  June 20, 2012                                    /s/ Peggy S. Ruffra_____
2                                                            PEGGY S. RUFFRA
                                                             Counsel for Respondent
3

4  Dated:  June 20, 2012                                    /s/ Frank Bell_____
                                                             FRANK BELL
5                                                            Counsel for Petitioner

6
                                              **ORDER**
7

8       Good cause appearing, it is hereby ordered that the date for the Case Management
9  Conference is changed to August 24, 2012 at 1:30 p.m., and that the Joint Case Management
10 Conference Statement is due by August 17, 2012.

11

12 Dated: June 21, 2012                                     _____
                                                             HONORABLE JEFFREY S. WHITE
13                                                           U.S. District Judge

2

Stip and [Proposed] Order re: Change of Date for Case Management Conference  (C 09-04663 JSW (PR))