KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
State Bar No. 117315
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1362
  Fax: (415) 703-1234
  E-mail: Peggy.Ruffra@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL W. BROWN,** | C 09-04663 JSW (PR) |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER RE: CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

    The Court has currently set August 3, 2012, for the case management conference in this case. Counsel for respondent will be unavailable on that date because she has a prepaid vacation scheduled from August 6 through 10, 2012. Counsel have conferred about a new date and have reached the enclosed stipulation.

    Accordingly, it is hereby stipulated by the parties that the Case Management Conference will be held on Friday, August 24, 2012, at 1:30 p.m., and that the Joint Case Management Conference Statement may be filed by August 17, 2012.

///

///

1

| | | |
|---|---|---|
| Dated: June 20, 2012 | | /s/ Peggy S. Ruffra<br>PEGGY S. RUFFRA<br>Counsel for Respondent |
| Dated: June 20, 2012 | | /s/ Frank Bell<br>FRANK BELL<br>Counsel for Petitioner |

**ORDER**

Good cause appearing, it is hereby ordered that the date for the Case Management Conference is changed to August 24, 2012 at 1:30 p.m., and that the Joint Case Management Conference Statement is due by August 17, 2012.

Dated: June 21, 2012

_/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
U.S. District Judge