FRANK BELL, CSBN 038995
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, CA 94063
Tel: 650 365-8300
Fax: 650 366-8987
Email: FrankBell@FrankBellLaw.com

Counsel for Petitioner
DARRYL W. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DARRYL W. BROWN,**<br><br>         Petitioner,<br><br>  v.<br><br>**JAMES WALKER, Warden,**<br><br>         Respondent. | C 09-04663 JSW (PR)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER CONTINUING CONFERENCE**<br>Date: January 4, 2013<br>Time: 1:30 p.m.<br>Courtroom: 11 |

  On October 14, 2011, the Court granted an evidentiary hearing in this habeas corpus case to determine "(1) the nature and extent of the putative conflict between Petitioner and his attorney; and (2) whether that putative conflict deprived Petitioner of the representation he was guaranteed by the Sixth Amendment." Order at 1. The scope of the evidentiary hearing was left open, subject to supplemental briefing and further order of the Court.

  The Court noted that a defendant who pleads guilty cannot raise claims relating to the deprivation of constitutional rights that occurred prior to the entry of the plea. The Court held that at a minimum petitioner had a right to a hearing on whether he was denied the right to counsel after the guilty plea, but requested supplemental briefing on whether the hearing should

1  also encompass the adequacy of counsel before the guilty plea, which could be available if the
2  petition could be construed to implicate the voluntary and intelligent nature of the plea. Order at
3  21-22.
4     Since the Order, present counsel for petitioner has been involved in an investigation of the
5  matter. At the time of the last Joint Case Management Conference Statement present counsel for
6  petitioner believed that petitioner's counsel at the time of the plea and sentencing had an actual
7  conflict of interest. However, after his investigation, present counsel no longer intends to pursue
8  that claim. On the other hand, present counsel for petitioner is still involved in the investigation
9  of the underlying claim raised by petitioner and he requires an additional time to complete the
10 process because former counsel has not responded to follow up questions. Moreover, counsel for
11 petitioner will begin a homicide trial on January 3, 2013 in San Mateo County, People v. Dante
12 Strauter, SC 69471, before the Hon. Barbara Mallach, which is expected to last until the end of
13 February, 2013. Counsel for petitioner in this matter suggests to the court that the matter be
14 continued for a further Case Management Conference to March 8, 2013 at 1:30 p.m. in order to
15 finish his investigation and complete the homicide trial. Counsel agree that the case can be
16 simply continued to the new date without appearance on this matter.
17    The parties agree that petitioner should file his supplemental brief on the scope of the
18 evidentiary hearing 45 days after the Court files an order regarding the briefing of that matter;
19 respondent should file his supplemental brief 30 days later; and petitioner may file a reply brief
20 15 days after that. By March 1, 2013, the parties shall submit a stipulation for briefing the supplemental matters.
21 Dated: December 26, 2012

                                    /s/ Peggy S. Ruffra _____
                                    PEGGY S. RUFFRA
                                    Counsel for Respondent

Dated: December 26, 2012
                                    /s/ Frank Bell_____
                                    FRANK BELL
                                    Counsel for Petitioner

         Dated: January 2, 2013

[GRANTED stamp: /s/ Jeffrey S. White, Judge Jeffrey S. White]

JOINT CASE MANAGEMENT CONFERENCE STATEMENT [C 09-4663 JSW (PR)]