1  FRANK BELL, CSBN 038995
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, CA 94063
3  Tel: 650 365-8300
   Fax: 650 366-8987
4  Email: FrankBell@FrankBellLaw.com

5  Counsel for Petitioner
   DARRYL W. BROWN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12

| DARRYL W. BROWN, | C 09-04663 JSW (PR) |
|---|---|
| Petitioner, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER CONTINUING CONFERENCE |
| v. | Date: January 4, 2013 |
| | Time: 1:30 p.m. |
| JAMES WALKER, Warden, | Courtroom: 11 |
| Respondent. | |

19        On October 14, 2011, the Court granted an evidentiary hearing in this habeas corpus case to

20  determine "(1) the nature and extent of the putative conflict between Petitioner and his attorney;

21  and (2) whether that putative conflict deprived Petitioner of the representation he was guaranteed

22  by the Sixth Amendment." Order at 1. The scope of the evidentiary hearing was left open,

23  subject to supplemental briefing and further order of the Court.

24        The Court noted that a defendant who pleads guilty cannot raise claims relating to the

25  deprivation of constitutional rights that occurred prior to the entry of the plea. The Court held

26  that at a minimum petitioner had a right to a hearing on whether he was denied the right to

27  counsel after the guilty plea, but requested supplemental briefing on whether the hearing should

28

1   also encompass the adequacy of counsel before the guilty plea, which could be available if the

2   petition could be construed to implicate the voluntary and intelligent nature of the plea.  Order at

3   21-22.

4        Since the Order, present counsel for petitioner has been involved in an investigation of the

5   matter.  At the time of the last Joint Case Management Conference Statement present counsel for

6   petitioner believed that  petitioner's counsel at the time of the plea and sentencing had an actual

7   conflict of interest.  However, after his investigation, present counsel no longer intends to pursue

8   that claim.  On the other hand, present counsel for petitioner is still involved in the investigation

9   of the underlying claim raised by petitioner and he requires an additional time to complete the

10  process because former counsel has not responded to follow up questions.  Moreover, counsel for

11  petitioner will begin a homicide trial on January 3, 2013 in San Mateo County, People v. Dante

12  Strauter, SC 69471, before the Hon. Barbara Mallach, which is expected to last until the end of

13  February, 2013. Counsel for petitioner in this matter suggests to the court that the matter be

14  continued for a further Case Management Conference to March 8, 2013 at 1:30 p.m. in order to

15  finish his investigation and complete the homicide trial.  Counsel agree that the case can be

16  simply continued to the new date without appearance on this matter.

17       The parties agree that petitioner should file his supplemental brief on the scope of the

18  evidentiary hearing 45 days after the Court files an order regarding the briefing of that matter;

19  respondent should file his supplemental brief 30 days later; and petitioner may file a reply brief

20  15 days after that.  By March 1, 2013, the parties shall submit a stipulation for briefing the
    supplemental matters.

21  Dated:  December 26, 2012

22                                              /s/ Peggy S. Ruffra _____

23                                              PEGGY S. RUFFRA
                                                Counsel for Respondent

24

25  Dated:  December 26, 2012

26                                              /s/  Frank Bell_____

27                                              FRANK BELL
                                                Counsel for Petitioner

28                                  Dated:  January 2, 2013

JOINT CASE MANAGEMENT CONFERENCE STATEMENT [C 09-4663 JSW (PR)]