1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL W. BROWN,

        Petitioner,

  v.

JAMES WALKER, Warden,

       Respondent.

_____/

No. C 09-04663 JSW

**ORDER SETTING BRIEFING
SCHEDULE AND EVIDENTIARY
HEARING AND VACATING
CASE MANAGEMENT
CONFERENCE**

     The Court HEREBY SETS the briefing schedule for an evidentiary hearing concerning:
(1) the nature and extent of the putative conflict between Petitioner and his trial attorney; and
(2) whether that putative conflict deprived Petitioner of the representation he was guaranteed by
the Sixth Amendment.

     Petitioner shall file his supplemental brief within 45 days; Respondent shall file his
supplemental brief within 30 days thereafter; Petitioner may file a reply brief within 15 days
thereafter.  At the conclusion of briefing, the parties shall submit a stipulation setting out a
hearing date, available on this Court's calendar, for the evidentiary hearing.

     The Court VACATES the case management conference set for March 8, 2013.

     **IT IS SO ORDERED.**

Dated:  March 5, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE