1   FRANK BELL, CSBN 038995
    A Law Corporation
2   333 Bradford Street, Suite 270
    Redwood City, CA  94063
3   Tel:  650 365-8300
    Fax:  650 366-8987
4   Email: FrankBell@FrankBellLaw.com

5   Counsel for Petitioner
    DARRYL W. BROWN

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   **DARRYL W. BROWN,**                    C 09-04663 JSW (PR)

13                          Petitioner,      **[PROPOSED] ORDER ISSUING WRIT
                                             OF HABEAS CORPUS AD
14          **v.**                           TESTIFICANDUM**

15

16   **TIM VIRGA, Warden,**

17                          Respondent.

18

19          Petitioner DARRYL W. BROWN, by and through his counsel FRANK BELL, has

20   submitted an ex parte application for an order issuing a writ of habeas corpus ad testificandum for

21   petitioner, who is confined at the California State Prison-Sacramento.  Petitioner represented that

22   his testimony is necessary for and relevant to his presentation at this evidentiary hearing with

23

24   respect to the above-captioned habeas corpus proceedings, that his presentence is required to

25   assist counsel at said hearing, that his presence is not otherwise reasonably procurable by

26   petitioner and that petitioner's presence is requested in good faith.

27

28

ORDER RE WRIT FOR TESTIMONY [C09-4663 JSW (PR)]

GOOD CAUSE APPEARING THEREFOR, and by the Court's authority to control the

issuance of writs ad testificandum ad provided in 28 United States Code section 2241 and 2254,

and its authority under Rule 17 of the Federal Rules of Criminal Procedure:

IT IS HEREBY ORDERED that a writ of habeas corpus ad testificandum issue, under the

seal of this Court, commanding Tim Virga, Warden of the California State Prison-Sacramento to

procure inmate DARRYL W. BROWN, CDCR No. J92658, to testify and be present in the

United States District at the time and place above, and from day to day until the completion of

court proceedings or as ordered by the court, and thereafter to be returned to the above institution.

IT IS FURTHER ORDRED that the custodian of the above-names inmate notify the Court

of any change in the custody of this inmate and is ordered to provide the new custodian with a

copy of this writ.


Dated: _____   _____

                                   Hon. JEFFREY S. WHITE
                                   United States District Judge


**TO;  TIM VIRGA, WARDEN, CALIFORNIA STATE PRISON-SACRAMENTO;
UNITED STATES MARSHAL**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

<u>GREETINGS</u>

WE COMMAND that you have and there produce the body of DARRYL W. BROWN,

CDCR No. J92658, who is now in the custody of the California Department of Corrections,

California State Prison-Sacramento, Prison Road, Folsom Road, Folsom, California,

before the United States District Court, Northern District of California, Courtroom 11, 19th Floor,

450 Golden Gate Avenue, San Francisco, California, on July 9, 2013 at 10:00 a.m., to testify on

that date and thereafter, and at the termination of said testimony and appearance to return him

1   forthwith to the custody of the California Department of Corrections, California State Prison-

2   Sacramento, and abide by such order of the above-entitled court as shall thereafter be made

3   concerning the custody of said prisoner, and further to procure said prisoner at all times necessary

4   until the termination of the proceedings for his testimony is required.

5
        FURTHER, you have been ordered to notify the Court of any change in custody of the

6   inmate and have been ordered to provide the new custodian with a copy of this writ.

7

8

9   Dated:  _____May 30, 2013_____        _____
                                                    Hon. JEFFREY S. WHITE
10                                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE WRIT FOR TESTIMONY [C09-4663 JSW (PR)]